CARL VON SCHARFENBERG v. MARTIN S. BERNET and Others.— Motion to dismiss appeal granted, and motion for an extension of time denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISAAC LEVINSON and Others v. CHARLES G. MEINKEN and Others.— Motion to dismiss appeal denied, with leave to renew if appeal be not prosecuted expeditiously. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CSUL IOAN v. LAND VALUE REFUNDING CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Arbitration between OTTO B. SHULHOF and EITINGON SCHILD CO., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of BASILOS STYLIANIDIS and Others against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and Others, and FLOSTRAND REALTIES, INC., a New York Corporation, Appearing Specially.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALICE APTEL v. OPCO REALTY CO., INC., and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB WALD v. SAMUEL MATHIS.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD RICHARDSON v. THIRD AVENUE RAILWAY COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS M. GORDON v. ALFONSO CURRERI.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HELEN M. COPIN v. PAUL D. CRAVATH and Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL GREENBERG v. WORLD EXCHANGE BANK.— Application for leave to appeal and for a stay pending determination of said appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HYMAN ROSENBERG, as Treasurer and Secretary of the JOINT BOARD SHIRT AND BOYS' WAIST WORKERS UNION v. ROBERT ZERMAN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WEST END FURNITURE COMPANY v. MAX ALTMAN and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

AIMEE HENRY MORECROFT v. MARY PARKER TAYLOR.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHILIP MINER v. MAX REINHARDT.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.